IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARLON D. MILES                                                                                            PLAINTIFF
ADC #99753

V.                                              NO: 5:07CV00081 JLH

SAMUEL BAKER *et al.*                                                                               DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.     Plaintiff is awarded $1,000.00 on his claim of excessive force against Defendant Samuel Baker only, and Plaintiff is awarded judgment against Baker in the amount of $1,000.00.

2.     Plaintiff's claims against Defendant Angela Lewis are DISMISSED WITH PREJUDICE.

DATED this 29th day of May, 2008.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE