# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MARLON D. MILES                                                                          PLAINTIFF
ADC #99753

v.                                          NO: 5:07CV00081 JLH

SAMUEL BAKER *et al.*                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for contempt (docket entry #91) is DENIED, and Oscar Eve Jones IV, of the Jones Law Firm-Batesville, P.O. Box 2662, Batesville, AR 72503-2662, is appointed for the limited purpose of assisting Plaintiff in collecting the judgment he was awarded in this case. The Clerk shall enter Mr. Jones's name as the attorney of record for Plaintiff and shall send counsel a copy of this order and a copy of Local Rule 83.7. The Clerk is also directed to forward counsel a copy of this file 15 days after the entry of this order.

DATED this 29th day of December, 2008.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE